[No. 13503. *En Banc.* August 6, 1917.]

N. E. TOLER, *Respondent,* v. NORTHERN PACIFIC RAILWAY COMPANY, *Appellant.*[1]

Appeal from a judgment of the superior court for Snohomish county, Alston, J., entered January 27, 1916, upon the verdict of a jury rendered in favor of the plaintiff, in an action for personal injuries sustained by a locomotive fireman. Reversed.

*C. H. Winders,* for appellant.
*Govnor Teats, Leo Teats,* and *Ralph Teats,* for respondent.

### ON REHEARING.

PER CURIAM.—Upon a rehearing *En Banc*, a majority of the court still adhere to the opinion heretofore filed herein as reported in 94 Wash. 360, 162 Pac. 538, and for the reasons there stated, the judgment is reversed with instructions to dismiss.

———————

[No. 13643. *En Banc.* August 7, 1917.]

ANNE JENSEN, *Respondent,* v. ALFRED LAWRENCE, *Appellant.*[2]

Appeal from a judgment of the superior court for King county, Frater, J., entered April 26, 1916, upon the verdict of a jury rendered in favor of the plaintiff, in an action in tort. Affirmed.

*Farrell, Kane & Stratton,* for appellant.
*John H. Perry,* for respondent.

### ON REHEARING.

PER CURIAM.—Upon a rehearing *En Banc*, a majority of the court still adhere to the opinion heretofore filed herein as reported in 94 Wash. 148, 162 Pac. 40, and for the reasons there stated, the judgment is affirmed.

[1]Reported in 166 Pac. 778.
[2]Reported in 166 Pac. 793.